| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>ROSS, ALLYNE R. | 2. Court or Organization<br><br>U.S. D. C., EDNY | 3. Date of Report<br><br>05/10/2011 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT, E.D.N.Y.<br>225 CADMAN PLAZA EAST, 915 S<br>BROOKLYN, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

**Ross, Allyne R.**

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1 - 2/28 | Partner in Willkie Farr & Gallagher LLP |
| 2. | 3/3-12/31 | Partner in Stroock &Stroock & Lavan |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. -Life Insurance Policy issued by Northwestern Mutual | | None | J | W | | | | | |
| 3. IRA #1 | E | Dividend | O | T | | | | | |
| 4. -BP PLC | | | | | Buy | 07/23/10 | J | | |
| 5. -Hartford Fin Svcs | | | | | Buy | 10/06/10 | K | | |
| 6. -Cisco Systems Inc. | | | | | Buy | 01/08/10 | K | | |
| 7. -Google | | | | | Buy | 08/13/10 | J | | See Part VIII |
| 8. -Dreyfus Liquid Assets (money market fund) | | | | | | | | | |
| 9. -Ericsson | | | | | | | | | |
| 10. -General Electric | | | | | | | | | |
| 11. -Annaly Captial Management | | | | | | | | | |
| 12. -American Express | | | | | | | | | |
| 13. -Eli Lilly & Co. | | | | | Buy | 08/10/10 | J | | |
| 14. -Citigroup | | | | | | | | | |
| 15. -Penn West Energy Trust | | | | | | | | | |
| 16. -Pepsico Inc. | | | | | Buy | 01/08/10 | J | | |
| 17. -Intel | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Microsoft | | | | | | | | | |
| 19. -Windstream Corp. | | | | | Buy | 02/25/10 | J | | |
| 20. -Viacom | | | | | | | | | |
| 21. -ishares Barclays Short Treas. Bond Fund | | | | | | | | | |
| 22. -ishares TRFTJE XINHUA HK China 25 Index | | | | | | | | | |
| 23. -Powershares Exch-Traded Fund Final PFD Portfolio | | | | | Buy | 02/05/10 | J | | |
| 24. -Enterprise Prods Partners | | | | | | | | | |
| 25. -Provident Energy Trust | | | | | | | | | |
| 26. -Putnam Premier Income Trust | | | | | | | | | |
| 27. -Enerplus Resources | | | | | | | | | |
| 28. -Abbott Laboratories | | | | | Buy | 03/09/10 | K | | |
| 29. -Abbott Laboratories | | | | | Sold | 05/17/10 | K | | |
| 30. -Bank of America Corp. | | | | | buy | 04/16/10 | K | | |
| 31. -BlackRock Global Energy & Resources Trust | | | | | | | | | |
| 32. -Yahoo Inc. | | | | | Sold | 07/21/10 | J | | |
| 33. -Boardwalk Pipeline Partners | | | | | | | | | |
| 34. -Motors Liquidation Co. (Formerly General Motors Corp) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Proctor & Gamble Co. | | | | | Buy | 01/08/10 | J | | |
| 36. -New York Community Bancorp | | | | | | | | | |
| 37. -Eaton Vance Limited Duration Income Fund | | | | | | | | | |
| 38. -Hospitality PPTYS TR | | | | | buy | 07/09/09 | K | | |
| 39. -Johnson & Johnson | | | | | | | | | |
| 40. -Johnson & Johnson | | | | | | | | | |
| 41. -Kellogg Co. | | | | | Buy | 01/08/10 | K | | |
| 42. -Pengrowth Energy Tr. | | | | | | | | | |
| 43. -Bristol Myers Squibb | | | | | Sold | 03/04/10 | K | | |
| 44. -Dow Chemical | | | | | | | | | |
| 45. -Conoco Phillips | | | | | | | | | |
| 46. -Linn Energy | | | | | Sold | 09/21/10 | J | | |
| 47. -Cohen&Steers Infrastructure Fund | | | | | | | | | See Part VIII |
| 48. -Fiduciary/Claymore Opportunity Fund | | | | | Sold (part) | 06/18/10 | J | A | |
| 49. -Keycorp Conv. Pfd. | | | | | Sold | 04/14/10 | K | C | |
| 50. -Invesco Mortgage Capital | | | | | Buy | 10/07/10 | J | | |
| 51. -Quest Communications | | | | | Buy | 09/20/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Inshares FTSE NAREIT MTG REITS Index Fund | | | | | | | | | |
| 53. -Kome Anderson Energy Dev. Co. | | | | | Buy | 06/22/10 | J | | |
| 54. -Novartis | | | | | Buy | 05/17/10 | K | | |
| 55. -3M | | | | | Buy | 10/28/10 | J | | |
| 56. -IRA # 2 | C | Int./Div. | L | T | | | | | |
| 57. -Dominion Resources | | | | | | | | | See Park VIII |
| 58. -Johnson & Johnson | | | | | | | | | |
| 59. -Saving Acct. at Citibank | | | | | | | | | |
| 60. -Keycorp Preferred | | | | | | | | | |
| 61. -Morgan Stanley Cap TR | | | | | | | | | |
| 62. -Provident Energy Trust | | | | | | | | | |
| 63. -John Hancock Bank Fund | | | | | | | | | |
| 64. -Annaly Capital Management Inc. | | | | | | | | | |
| 65. -Kayne Anderson Energy Total Return Fund | | | | | | | | | |
| 66. -Cohen & Steers Infrastructure Fund | | | | | | | | | See Part VIIII |
| 67. -Power Shares ETF | | | | | Buy | 02/05/10 | J | | |
| 68. -Bristol Myers Squibb Co. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Pace Oil and Gas | | | | | | 07/19/10 | J | | |
| 70. Trust # 2 | A | Dividend | | | | | | | |
| 71. -Dodge Cox Stock Fund | | | | | Redeemed | 03/10/10 | K | | |
| 72. Citibank Accounts | B | Interest | L | T | | | | | |
| 73. BNP Paribas DJ Stoxx 50 Structured Note | | None | N | T | | | | | |
| 74. Citibank NY Tax-Free Reserves Fund | A | Dividend | J | U | | | | | See Part VIII |
| 75. S&P Variable Participation Notes | | None | N | T | | | | | See Part VIII |
| 76. Asta Five NY | | None | M | T | | | | | See Part VIII |
| 77. Vanguard Limited-Term Tax-Exempt Fund | E | Dividend | O | U | Redeemed (part) | 01/12/10 | N | | |
| 78. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 04/21/10 | M | | |
| 79. Vanguard Limited-Term Tax-Exempt Fund | | | | | Redeemed (part) | 04/23/10 | L | | |
| 80. Vanguard Limited-Term Tax-Exempt Fund | | | | | Redeemed (part) | 04/29/10 | L | | |
| 81. Vanguard Limited -Term Tax-Exempt Fund | | | | | Redeemed (part) | 06/14/10 | K | | |
| 82. Vanguard Limited-Term Tax-Exempt Fund | | | | | Redeemed (part) | 09/20/10 | L | | |
| 83. Vanguard Limited-Term Tax-Exempt Fund | | | | | Redeemed (part) | 11/24/10 | K | | |
| 84. Vanguard High Yield Tax-Exempt Fund | E | Dividend | N | U | Buy | 01/19/10 | N | | |
| 85. Vanguard High-Yield Tax-Exempt Fund | | | | | Buy | 02/19/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard High-Yield Tax-Exempt t Fund | | | | | Redeemed (part) | 03/03/10 | N | | |
| 87. Vanguard High-Yield Tax-Exepmt Fund | | | | | Redeemed (part) | 04/23/10 | L | | |
| 88. Vanguard NY Tax-Exempt Money Market Fund | A | Dividend | J | U | Redeemed (part) | 03/10/10 | J | | |
| 89. Vanguard NY Tax-Exempt Money Market Fund | | | | | Redeemed (part) | 04/07/10 | J | | |
| 90. Vanguard Emerging Markets Index Fund | B | Dividend | M | U | Buy | 04/29/10 | M | | |
| 91. Vanguard Mid-Cap Index Fund | C | Dividend | N | U | Buy | 09/01/10 | L | | |
| 92. Western Asset Municipal NY Money Market Fund | A | Dividend | J | U | Redeemed (part) | 01/21/10 | J | | |
| 93. Western Asset Municipal NY Money Market Fund | | | | | Redeemed (part) | 04/16/10 | J | | |
| 94. Western Asset Municipal NY Money Market Fund | | | | | Buy | 04/28/10 | J | | |
| 95. Western Asset Municipal NY Money Market Fund | | | | | Redeemed (part) | 07/21/10 | J | | |
| 96. Western Asset Muncipal NY Money Market Fund | | | | | Redeemed (part) | 10/15/10 | J | | |
| 97. General American Investors | A | Dividend | J | T | | | | | |
| 98. WFG-WPX Partners LLC | | None | N | W | | | | | |
| 99. Goldman Sachs High Yield Fund | B | Dividend | | | Redeemed (part) | 02/19/10 | M | | |
| 100. Goldman Sachs High Yield Fund | | | | | Redeemed | 04/22/10 | L | | |
| 101. Columbia Acom Fund | C | Dividend | M | U | Buy | 02/19/10 | M | | |
| 102. JP Morgan Midcap Value Fund | B | Dividend | L | U | Buy | 04/22/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Bernstein Global Diversified Strategies L.P. | | None | N | T | | | | | |
| 104.  Bernstein Global Opportunities Hedge Fund LP | E | Dividend | M | U | | | | | |
| 105.  Bernstein New York Municipal Portfolio | E | Dividend | P1 | U | Buy | 01/14/10 | J | | |
| 106.  Bernstein New York Municipal Portfolio | | | | | Buy | 12/07/10 | J | | |
| 107.  Agrium | | None | J | T | Buy | 08/19/10 | J | | |
| 108.  Agrium | | | | | Buy | 11/08/10 | J | | |
| 109.  Alcoa | | None | J | T | Buy | 11/05/10 | J | | |
| 110.  Alcoa | | | | | Buy | 12/07/10 | J | | |
| 111.  Astrazeneca | A | Dividend | K | T | Buy | 05/18/10 | J | | |
| 112.  Astrazeneca | | | | | Buy | 06/03/10 | J | | |
| 113.  Astrazeneca | | | | | Buy | 12/10/10 | J | | |
| 114.  Astrazeneca | | | | | Buy | 12/13/10 | J | | |
| 115.  Bernstein Tax-Managed International Portfolio | D | Dividend | O | U | Buy | 05/10/10 | J | | |
| 116.  Bernstein Tax-Managed International Portfolio | | | | | Buy | 05/12/10 | J | | |
| 117.  Supervalu | A | Dividend | | | Sold (part) | 03/22/10 | J | A | |
| 118.  Supervalu | | | | | Sold (part) | 05/04/10 | J | | |
| 119.  Supervalu | | | | | Sold | 06/29/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. Cablevision Systems | A | Dividend | J | T | Buy | 04/29/10 | J | | |
| 122. Centurylink | | None | J | T | Buy | 09/22/10 | J | | |
| 123. CF Industries Holdings | | None | J | T | Buy | 08/10/10 | J | | |
| 124. CF Industries Holdings | | | | | Buy | 09/09/10 | J | | |
| 125. Comerica | A | Dividend | J | T | Buy | 05/05/10 | J | | |
| 126. Commercial Metals | A | Dividend | J | T | Buy | 04/21/10 | J | | |
| 127. Altria Group | A | Dividend | J | T | Buy | 03/25/10 | J | | |
| 128. Altria Group | | | | | Sold (part) | 05/24/10 | J | A | |
| 129. Altria Group | | | | | Buy | 09/24/10 | J | | |
| 130. Altria Group | | | | | Buy | 09/30/10 | J | | |
| 131. Altria Group | | | | | Buy | 10/24/10 | J | | |
| 132. Altria Group | | | | | Sold | 12/02/10 | J | B | |
| 133. Cash Balance at Sanford C. Bernstein & Co | A | Interest | K | T | | | | | |
| 134. Delta Air Lines | | None | J | T | Buy | 03/21/10 | J | | |
| 135. Delta Air Lines | | | | | Buy | 03/24/10 | J | | |
| 136. Delta Air Lines | | | | | Buy | 11/08/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Delta Air Lines | | | | | Buy | 12/20/10 | J | | |
| 138. Ace Ltd. | A | Dividend | | | Sold (part) | 03/08/10 | J | A | |
| 139. Ace Ltd. | | | | | Sold | 04/28/10 | J | A | |
| 140. Direct TV | | None | J | T | Buy | 05/05/10 | J | | |
| 141. Eaton Corp. | A | Dividend | J | T | Buy | 11/03/10 | J | | |
| 142. Eaton Corp. | | | | | Buy | 12/06/10 | J | | |
| 143. Edison International | | None | J | T | Buy | 12/20/10 | J | | |
| 144. Hewlett Packard | A | Dividend | J | T | Buy | 04/29/10 | J | | |
| 145. Hewlett-Packard | | | | | Buy | 05/12/10 | J | | |
| 146. Hewlett-Packard | | | | | Buy | 05/26/10 | J | | |
| 147. Hewlett-Packard | | | | | Buy | 06/29/10 | J | | |
| 148. Hewlett-Packard | | | | | Buy | 07/01/10 | J | | |
| 149. Hewlett-Packard | | | | | Sold (part) | 08/02/10 | J | | |
| 150. Hewlett-Packard | | | | | Sold (part) | 09/03/10 | J | | |
| 151. Hewlett Packard | | | | | Sold (part) | 09/15/10 | J | | |
| 152. Hewlett-Packard | | | | | Sold (part) | 09/17/10 | J | | |
| 153. Hewlett-Packard | | | | | Sold (part) | 10/01/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5.000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Hewlett-Packard | | | | | Sold (part) | 10/06/10 | J | A | |
| 155. Hewlett-Packard | | | | | Sold (part) | 10/27/10 | J | A | |
| 156. Hewlett Packard | | | | | Sold (part) | 12/10/10 | J | A | |
| 157. Hewlett-Packard | | | | | Sold (part) | 12/17/10 | J | B | |
| 158. Gap | A | Dividend | J | T | Buy | 03/11/10 | J | | |
| 159. Gap | | | | | Buy | 04/07/10 | J | | |
| 160. Gap | | | | | Buy | 07/29/10 | J | | |
| 161. Cameron International | | None | J | T | | | | | |
| 162. General Motors | | None | J | T | Buy | 11/18/10 | J | | |
| 163. Health Net | | None | J | T | Buy | 11/08/10 | J | | |
| 164. AOL | | None | | | Buy | 02/16/10 | J | | |
| 165. AOL | | | | | Sold | 07/12/10 | J | | |
| 166. Hess | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 167. Hess | | | | | Buy | 08/17/10 | J | | |
| 168. Hess | | | | | Buy | 08/24/10 | J | | |
| 169. Hess | | | | | Sold (part) | 12/22/10 | J | B | |
| 170. Kimberly-Clark | A | Dividend | J | T | Buy | 08/09/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Kimberly-Clark | | | | | Buy | 11/03/10 | J | | |
| 172. Kroger | | None | K | T | Buy | 11/23/10 | K | | |
| 173. Aetna | A | Dividend | J | T | Sold (part) | 05/05/10 | J | | |
| 174. Lear | | None | J | T | Buy | 06/25/10 | J | | |
| 175. Lear | | | | | Buy | 10/28/10 | J | | |
| 176. Marathon Oil | A | Dividend | K | T | Buy | 05/20/10 | J | | |
| 177. Marathon Oil | | | | | Buy | 06/18/10 | J | | |
| 178. Marathon Oil | | | | | Buy | 06/22/10 | J | | |
| 179. Newfield Exploration | | None | J | T | Buy | 02/16/10 | J | | |
| 180. Newfield Exploration | | | | | Buy | 03/22/10 | J | | |
| 181. Newfield Exploration | | | | | Sold (part) | 06/15/10 | J | | |
| 182. Newfield Exploration | | | | | Buy | 10/04/10 | J | | |
| 183. AK Steel Holding | | None | | | Sold | 04/28/10 | J | | |
| 184. Parker Hannifin | A | Dividend | K | T | Buy | 08/06/10 | J | | |
| 185. Parker Hannifin | | | | | Buy | 08/23/10 | J | | |
| 186. Parker Hannifin | | | | | Buy | 12/06/10 | J | | |
| 187. E.I. Dupont | A | Dividend | | | Sold (part) | 04/16/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. E.I. Dupont | | | | | Sold (part) | 05/28/10 | J | A | |
| 189. E.I. Dupont | | | | | Sold (part) | 06/21/10 | J | B | |
| 190. E.I. Dupont | | | | | Sold | 06/28/10 | J | B | |
| 191. Raytheon | | None | J | T | Buy | 11/19/10 | J | | |
| 192. Raytheon | | | | | Sold (part) | 12/09/10 | J | | |
| 193. Royal Caribbean Cruises | | None | J | T | Buy | 01/20/10 | J | | |
| 194. Royal Caribbean Cruises | | | | | Sold (part) | 11/02/10 | J | B | |
| 195. Safeway | A | Dividend | J | T | Buy | 03/25/10 | J | | |
| 196. Safeway | | | | | Buy | 04/05/10 | J | | |
| 197. Ensco | A | Dividend | J | T | Buy | 02/18/10 | J | | |
| 198. Ensco | | | | | Buy | 02/22/10 | J | | |
| 199. Ensco | | | | | Buy | 04/22/10 | J | | |
| 200. Ensco | | | | | Buy | 05/06/10 | J | | |
| 201. Ensco | | | J | | Buy | 06/02/10 | J | | |
| 202. Ensco | | | | | Sold | 07/15/10 | J | | |
| 203. Ford Motor Co. | | None | K | T | Buy | 02/01/10 | J | | |
| 204. Ford Motor Co. | | | | | Buy | 02/03/10 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Ford Motor Co. | | | | | Buy | 03/15/10 | J | | |
| 206. Ford Motor Co. | | | | | Buy | 04/20/10 | J | | |
| 207. Ford Motor Co. | | | | | Buy | 05/11/10 | J | | |
| 208. Ford Motor Co. | | | | | Sold (part) | 06/25/10 | J | | |
| 209. Ford Motor Co. | | | | | Sold (part) | 10/15/10 | J | A | |
| 210. Ford Motor Co. | | | | | Sold (part) | 11/11/10 | J | A | |
| 211. Ford Motor Co. | | | | | Sold (part) | 11/22/10 | J | B | |
| 212. Archer-Daniels Midland | A | Dividend | J | T | Sold (part) | 02/17/10 | J | A | |
| 213. Archer-Daniels Midland | | | | | Sold (part) | 05/04/10 | J | A | |
| 214. Archer-Daniels Midland | | | | | Buy | 10/21/10 | J | | |
| 215. Archer-Daniels Midland | | | | | Buy | 10/26/10 | J | | |
| 216. Archer-Daniels Midland | | | | | Sold (part) | 12/10/10 | J | | |
| 217. Sara Lee Corp. | A | Dividend | J | T | Buy | 04/15/10 | J | | |
| 218. Sara Lee Corp. | | | | | Buy | 05/07/10 | J | | |
| 219. Sara Lee Corp. | | | | | Buy | 05/25/10 | J | | |
| 220. Sara Lee Corp. | | | | | Buy | 06/14/10 | J | | |
| 221. Sara Lee Corp. | | | | | Sold (part) | 10/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Accenture PLC Ireland | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 223. Accenture PLC Ireland | | | | | Buy | 11/01/10 | J | | |
| 224. Allergan. | | None | J | T | Buy | 11/18/10 | J | | |
| 225. Allergan | | | | | Buy | 12/31/10 | J | | |
| 226. Carnival Corp | A | Dividend | J | T | Buy | 10/19/10 | J | | |
| 227. Carnival Corp. | | | | | Buy | 10/29/10 | J | | |
| 228. Carnival Corp. | | | | | Buy | 12/13/10 | J | | |
| 229. Citrix | | None | J | T | Buy | 09/23/10 | J | | |
| 230. Citrix | | | | | Buy | 10/12/10 | J | | |
| 231. Citrix | | | | | Buy | 10/27/10 | J | | |
| 232. Citrix | | | | | Buy | 12/23/10 | J | | |
| 233. Dow Chemical | A | Dividend | J | T | Buy | 02/04/10 | J | | |
| 234. Dow Chemical | | | | | Buy | 05/28/10 | J | | |
| 235. Dow Chemical | | | | | Buy | 07/19/10 | J | | |
| 236. Dow Chemical | | | | | Buy | 08/03/10 | J | | |
| 237. Dow Chemical | | | | | Buy | 08/04/10 | J | | |
| 238. Dow Chemical | | | | | Buy | 09/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Express Scripts Inc. | | None | J | T | Buy | 05/04/10 | J | | |
| 240. Express Scripts Inc. | | | | | Buy | 06/11/10 | J | | |
| 241. Express Scripts Inc. | | | | | Buy | 06/14/10 | J | | |
| 242. Express Scripts Inc. | | | | | Buy | 10/08/10 | J | | |
| 243. Express Scripts Inc. | | | | | Buy | 12/09/10 | J | | |
| 244. Flowserve Corp | | None | J | T | Buy | 10/25/10 | J | | |
| 245. Flowserve Corp. | | | | | Buy | 11/12/10 | J | | |
| 246. Goodrich Corp. | A | Dividend | J | T | Buy | 04/09/10 | J | | |
| 247. Goodrich Corp. | | | | | Buy | 10/28/10 | J | | |
| 248. Intuit | | None | J | T | Buy | 12/16/10 | J | | |
| 249. Juniper Networks | | None | J | T | Buy | 08/23/10 | J | | |
| 250. Juniper Networks | | | | | Sold (part) | 10/15/10 | J | A | |
| 251. Marvell Technology Group | | None | J | T | Buy | 11/02/10 | J | | |
| 252. Marvell Technology Group | | | | | Buy | 11/11/10 | J | | |
| 253. Apache Corp. | | | | | Sold | 11/03/10 | J | | See Part VIII |
| 254. Noble Energy Inc. | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 255. Noble Energy Inc. | | | | | Buy | 01/29/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Noble Energy Inc. | | | | | Buy | 04/12/10 | J | | |
| 257. Noble Energy Inc. | | | | | Buy | 07/14/10 | J | | |
| 258. Noble Energy Inc. | | | | | Buy | 10/06/10 | J | | |
| 259. Potash Corp. of Saskatchewan | | None | J | T | Buy | 12/16/10 | J | | |
| 260. Potash Corp. of Saskatchewan | | | | | Buy | 12/20/10 | J | | |
| 261. Rovi Corp. | | None | J | T | Buy | 12/15/10 | J | | |
| 262. Southwestern Energy | | None | J | T | Buy | 10/21/10 | J | | |
| 263. Southwestern Energy | | | | | Buy | 11/18/10 | J | | |
| 264. Southwestern Eneregy | | | | | Buy | 11/22/10 | J | | |
| 265. Occidental Petroleum | A | Dividend | J | T | Sold (part) | 01/20/10 | J | B | |
| 266. Occidental Petroleum | | | | | Sold (part) | 02/08/10 | J | B | |
| 267. Occidental Petroleum | | | | | Buy | 07/01/10 | J | | |
| 268. Occidental Petroleum | | | | | Buy | 07/09/10 | J | | |
| 269. Occidental Petroleum | | | | | Sold (part) | 11/11/10 | J | | |
| 270. Stanley Black & Decker Inc | | None | J | T | Buy | 12/22/10 | J | | |
| 271. Starbucks | A | Dividend | J | T | Buy | 09/07/10 | J | | |
| 272. Starbucks | | | | | Buy | 10/07/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Starbucks | | | | | Buy | 10/25/10 | J | | |
| 274. Starbucks | | | | | Buy | 11/30/10 | J | | |
| 275. Noble Corp. | A | Dividend | | | Buy | 02/26/10 | J | | |
| 276. Noble Corp. | | | | | Sold | 05/25/10 | J | | |
| 277. Goldman Sachs | A | Dividend | K | T | Buy | 01/22/10 | J | | |
| 278. Goldman S achs | | | | | Buy | 01/25/10 | J | | |
| 279. Goldman Sachs | | | | | Buy | 02/16/10 | J | | |
| 280. Goldman Sachs | | | | | Sold (part) | 04/16/10 | J | A | |
| 281. Goldman Sachs | | | | | Sold (part) | 04/21/10 | J | | |
| 282. Goldman Sachs | | | | | Sold (part) | 04/30/10 | K | D | |
| 283. Goldman Sachs | | | | | Sold (part) | 06/01/10 | J | | |
| 284. Goldman Sachs | | | | | Buy | 07/16/10 | J | | |
| 285. Goldman Sachs | | | | | Buy | 07/23/10 | J | | |
| 286. Goldman Sachs | | | | | Buy | 08/04/10 | J | | |
| 287. Goldman Sachs | | | | | Buy | 08/24/10 | J | | |
| 288. Goldman Sachs | | | | | Buy | 09/23/10 | J | | |
| 289. Goldman Sachs | | | | | Buy | 09/28/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Goldman Sachs | | | | | Buy | 10/18/10 | J | | |
| 291. Intel Corp. | A | Dividend | J | T | Sold (part) | 05/04/10 | J | A | |
| 292. Intel Corp. | | | | | Sold (part) | 05/18/10 | J | A | |
| 293. Intel Corp. | | | | | Sold (part) | 06/30/10 | J | A | |
| 294. Intel Corp. | | | | | Sold (part) | 07/08/10 | J | A | |
| 295. Intel Corp. | | | | | Sold (part) | 07/15/10 | J | B | |
| 296. Intel Corp. | | | | | Sold (part) | 08/12/10 | J | B | |
| 297. Intel Corp. | | | | | Sold (part) | 08/27/10 | J | A | |
| 298. Intel Corp. | | | | | Sold (part) | 09/30/10 | J | | |
| 299. Bunge Ltd. | A | Dividend | J | T | Sold (part) | 01/25/10 | J | | |
| 300. Bunge Ltd. | | | | | Buy | 06/10/10 | J | | |
| 301. Bunge Ltd. | | | | | Buy | 07/06/10 | J | | |
| 302. Microsoft | A | Dividend | K | T | Sold (part) | 01/11/10 | J | A | |
| 303. Microsoft | | | | | Buy | 03/08/10 | J | | |
| 304. Microsoft | | | | | Buy | 04/29/10 | J | | |
| 305. Microsoft | | | | | Sold (part) | 06/23/10 | J | | |
| 306. Procter & Gamble | | | | | Buy | 05/18/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Proctor & Gamble | | | | | Buy | 05/21/10 | J | | |
| 308. Proctor & Gamble | | | | | Buy | 06/17/10 | J | | |
| 309. Procter & Gamble | | | | | Buy | 06/24/10 | J | | |
| 310. Proctor & Gamble | | | | | Buy | 06/29/10 | J | | |
| 311. Proctor & Gamble | | | | | Sold (part) | 10/01/10 | K | | |
| 312. Procter & Gamble | | | | | Sold | 11/12/10 | J | A | |
| 313. Costco | A | Dividend | J | T | Buy | 05/05/10 | J | | |
| 314. Costco | | | | | Sold (part) | 08/10/10 | J | | |
| 315. Costco | | | | | Sold (part) | 09/22/10 | J | A | |
| 316. Cosstco | | | | | Sold (part) | 10/06/10 | J | A | |
| 317. Costco | | | | | Sold (part) | 10/27/10 | J | A | |
| 318. Costco | | | | | Sold (part) | 11/19/10 | J | A | |
| 319. Costco | | | | | Sold (part) | 12/09/10 | J | A | |
| 320. Corning | A | Dividend | J | T | Sold (part) | 02/10/10 | J | A | |
| 321. Corning | | | | | Sold (part) | 02/22/10 | J | A | |
| 322. Metlife | | None | | | Sold | 03/08/10 | J | C | |
| 323. Sprint Nextel | | None | | | Sold | 04/13/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Sprint Nextel | | | | | Sold (part) | 07/01/10 | J | A | |
| 325. Sprint Nextel | | | | | Sold | 09/20/10 | J | B | |
| 326. Quanta Services | | None | | | Sold | 05/03/10 | J | | |
| 327. Suncor Energy | | None | J | T | Sold | 05/19/10 | J | | |
| 328. United Parcel Service | A | Dividend | J | T | Sold (part) | 01/15/10 | J | | See Part VIII |
| 329. United Parcel Service | | | | | Sold (part) | 02/01/10 | J | | |
| 330. United Parcel Service | | | | | Buy | 08/13/10 | J | | |
| 331. United Parcel Service | | | | | Buy | 09/07/10 | J | | |
| 332. United Parcel Service | | | | | Buy | 10/19/10 | J | | |
| 333. United Parcel Service | | | | | Buy | 10/20/10 | J | | |
| 334. United Parcel Service | | | | | Buy | 10/29/10 | J | | |
| 335. United Parcel Service | | | | | Buy | 11/23/10 | J | | |
| 336. Vale SA | | None | | | Sold | 02/18/10 | J | | |
| 337. Vertex Pharmaceuticals | | None | J | T | Buy | 05/20/10 | J | | |
| 338. Visa Inc. | A | Dividend | J | T | Buy | 07/16/10 | J | | |
| 339. Visa Inc. | | | | | Sold (part) | 08/30/10 | J | | |
| 340. Visa Inc. | | | | | Sold (part) | 09/22/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Visa Inc. | | | | | Sold | 10/01/10 | J | A | |
| 342. Community Health Systems | | None | | | Buy | 04/26/10 | J | | |
| 343. Community Health Systems | | | | | Sold | 09/20/10 | J | | |
| 344. Capital One Financial Corp. | A | Dividend | J | T | Buy | 05/04/10 | J | | |
| 345. Capital One Financial Corp. | | | | | Buy | 05/05/10 | J | | |
| 346. Capital One Financial Corp. | | | | | Sold (part) | 06/23/10 | J | | |
| 347. Capital One Financial Corp. | | | | | Buy | 08/30/10 | J | B | |
| 348. Gannett | | None | J | T | Buy | 10/05/10 | J | | |
| 349. Flextronics | | None | | | Sold | 01/02/09 | J | | See Part VIII |
| 350. Dell | | None | K | T | Sold (part) | 04/12/10 | J | | |
| 351. Dell | | | | | Sold (part) | 04/26/10 | J | | |
| 352. Dell | | | | | Sold (part) | 05/10/10 | J | | |
| 353. Dell | | | | | Buy | 09/09/10 | J | | |
| 354. Dell | | | | | Buy | 10/04/10 | J | | |
| 355. Dell | | | | | Buy | 10/06/10 | J | | |
| 356. Dell | | | | | Buy | 10/11/10 | J | | |
| 357. Dell | | | | | Buy | 11/17/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Home Depot | | None | | | Sold | 01/13/10 | J | B | |
| 359. Lowe's Cos. | A | Dividend | K | T | Sold (part) | 01/26/10 | J | A | |
| 360. Lowe's Cos. | | | | | Sold (part) | 03/08/10 | J | A | |
| 361. Lowe's Cos. | | | | | Buy | 04/21/10 | J | | |
| 362. Lowe's Cos. | | | | | Buy | 05/20/10 | J | | |
| 363. Lowe's Cos. | | | | | Buy | 12/09/10 | J | | |
| 364. Lowe's Cos. | | | | | Buy | 12/10/10 | J | | |
| 365. Pepsico | A | Dividend | J | T | Buy | 05/05/10 | J | | |
| 366. Pepsico | | | | | Sold (part) | 07/16/10 | J | | |
| 367. Pepsico | | | | | Sold (part) | 10/20/10 | J | A | |
| 368. Pepsico | | | | | Sold (part) | 10/22/10 | J | A | |
| 369. Pepsico | | | | | Sold (part) | 11/08/10 | J | A | |
| 370. Pepsico | | | | | Sold (part) | 11/17/10 | J | A | |
| 371. Pepsico | | | | | Sold (part) | 12/30/10 | J | A | |
| 372. Principal Financial Group | | None | | | Buy | 04/01/10 | J | | |
| 373. Principal Financial Group | | | | | Buy | 04/05/10 | J | A | |
| 374. Principal Financial Group | | | | | Sold (part) | 05/10/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Principal Financial Group | | | | | Sold | 06/11/10 | J | | |
| 376. Chevron Corp. | A | Dividend | J | T | Buy | 03/23/09 | J | | |
| 377. Chevron Corp. | | | | | Sold (part) | 01/22/10 | J | B | |
| 378. Chevron Corp. | | | | | Sold (part) | 03/24/10 | J | A | |
| 379. J.P. Morgan Chase | A | Dividend | K | T | Buy | 03/04/10 | J | | |
| 380. J.P. Morgan Chase | | | | | Sold (part) | 03/12/10 | J | A | |
| 381. J.P. Morgan Chase | | | | | Sold (part) | 03/30/10 | J | B | |
| 382. J.P. Morgan Chase | | | | | Buy | 04/01/10 | J | | |
| 383. J.P. Morgan Chase | | | | | Sold (part) | 04/28/10 | J | A | |
| 384. J.P. Morgan Chase | | | | | Sold (part) | 05/04/10 | J | A | |
| 385. J.P. Morgan Chase | | | | | Sold (part) | 05/07/10 | J | | |
| 386. J.P. Morgan Chase | | | | | Buy | 06/15/10 | J | | |
| 387. J.P. Morgan Chase | | | | | Buy | 06/17/10 | J | | |
| 388. J.P. Morgan Chase | | | | | Buy | 08/23/10 | J | A | |
| 389. J.P. Morgan Chase | | | | | Buy | 08/30/10 | J | A | |
| 390. J.P. Morgan Chase | | | | | Buy | 09/16/10 | J | A | |
| 391. J.P. Morgan Chase | | | | | Buy | 10/18/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Rowan Companies | | | | | Buy | 03/31/10 | J | | |
| 393. Rowan Companies | | | | | Sold (part) | 05/17/10 | J | | |
| 394. Rowan Companies | | | | | Sold | 11/16/10 | J | | |
| 395. J.P. Morgan Chase | | | | | Buy | 10/22/10 | J | A | |
| 396. Medco Health Solutions | | None | | | Sold (part) | 04/30/10 | J | A | |
| 397. Merck | A | Dividend | | | Sold (part) | 03/19/10 | J | | |
| 398. Merck | | | | | Sold (part) | 05/03/10 | J | A | |
| 399. Merck | | | | | Sold (part) | 06/16/10 | J | A | |
| 400. Merck | | | | | Sold (part) | 06/23/10 | J | A | |
| 401. Merck | | | | | Sold | 08/13/10 | J | B | |
| 402. Illinois Tool Works | | None | | | Buy | 04/22/10 | J | | |
| 403. Illinois Tool Works | | | | | Sold (part) | 06/11/10 | J | | |
| 404. Illinois Tool Works | | | | | Sold (part) | 06/18/10 | J | | |
| 405. Illinois Tool Works | | | | | Sold (part) | 08/19/10 | J | | |
| 406. Illinois Tool Works | | | | | Sold (part) | 09/24/10 | J | | |
| 407. Illinois Tool Works | | | | | Sold (part) | 10/20/10 | J | A | |
| 408. Illinois Tool Works | | | | | Sold (part) | 11/03/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Illinois Tool Works | | | | | Sold (part) | 11/09/10 | J | A | |
| 410. Illinois Tool Works | | | | | Sold (part) | 11/22/10 | J | A | |
| 411. Illinois Tool Works | | | | | Sold | 12/09/10 | J | B | |
| 412. Johnson Controls | A | Dividend | K | T | | | | | |
| 413. Target | A | Dividend | J | T | Sold (part) | 04/21/10 | J | A | |
| 414. Target | | | | | Sold (part) | 09/03/10 | J | A | |
| 415. Target | | | | | Sold (part) | 09/14/10 | J | A | |
| 416. Target | | | | | Sold (part) | 10/01/10 | J | A | |
| 417. Target | | | | | Sold (part) | 10/08/10 | J | A | |
| 418. Target | | | | | Sold (part) | 10/28/10 | J | A | |
| 419. Target | | | | | Sold (part) | 11/19/10 | J | A | |
| 420. XL Group | A | Dividend | J | T | Sold (part) | 03/19/10 | J | | See Part VIII |
| 421. XL Group | | | | | Sold (part) | 12/28/10 | J | A | |
| 422. Alcon | A | Dividend | | | Buy | 01/21/10 | J | | |
| 423. Alcon | | | | | Buy | 02/09/10 | J | | |
| 424. Alcon | | | | | Sold (part) | 04/20/10 | J | A | |
| 425. Alcon | | | | | Sold (part) | 07/16/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. Alcon | | | | | Sold (part) | 10/22/10 | J | A | |
| 427. Alcon | | | | | Sold (part) | 12/17/10 | J | A | |
| 428. Alcon | | | | | Sold (part) | 12/20/10 | J | A | |
| 429. Alcon | | | | | Sold | 12/30/10 | J | A | |
| 430. Broadcom | A | Dividend | J | T | Buy | 09/07/10 | J | | |
| 431. Broadcom | | | | | Buy | 11/09/10 | J | | |
| 432. KLA-Tencor | A | Dividend | | | Sold (part) | 10/04/10 | J | A | |
| 433. KLA-Tencor | | | | | Sold (part) | 10/22/10 | J | A | |
| 434. KLA-Tencor | | | | | Sold | 10/29/10 | J | A | |
| 435. Google | | None | K | T | Buy | 01/26/10 | J | | |
| 436. Google | | | | | Sold (part) | 04/15/10 | J | A | |
| 437. Google | | | | | Sold (part) | 07/13/10 | J | | |
| 438. Google | | | | | Sold (part) | 09/16/10 | J | A | |
| 439. Google | | | | | Sold (part) | 10/28/10 | J. | A | |
| 440. Qualcomm | A | Dividend | | | Sold (part) | 02/05/10 | J | | |
| 441. Qualcomm | | | | | Sold (part) | 02/12/10 | J | | |
| 442. Qualcomm | | | | | Sold (part) | 02/24/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Qualcomm | | | | | Sold (part) | 03/26/10 | J | A | |
| 444. Qualcomm | | | | | Sold | 04/28/10 | J | A | |
| 445. Teva Pharmaceutical | A | Dividend | J | T | Sold (part) | 10/28/10 | J | A | |
| 446. Teva Pharmaceutical | | | | | Sold (part) | 12/13/10 | J | A | |
| 447. Comcast | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 448. Comcast | | | | | Buy | 04/07/10 | J | | |
| 449. Comcast | | | | | Buy | 05/03/10 | J | | |
| 450. Comcast | | | | | Buy | 05/05/10 | J | | |
| 451. Comcast | | | | | Buy | 05/27/10 | J | | |
| 452. Comcast | | | | | Sold (part) | 08/05/10 | J | | |
| 453. Comcast | | | | | Sold (part) | 09/15/10 | J | | |
| 454. Comcast | | | | | Sold (part) | 09/27/10 | J | | |
| 455. Comcast | | | | | Sold (part) | 10/21/10 | J | | |
| 456. Comcast | | | | | Sold (part) | 10/29/10 | J | A | |
| 457. Comcast | | | | | Sold (part) | 11/16/10 | J | A | |
| 458. Comcast | | | | | Sold (part) | 12/22/10 | J | A | |
| 459. Bank of America | A | Dividend | | | Buy | 01/26/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Bank of America | | | | | Buy | 03/11/10 | J | | |
| 461. Bank of America | | | | | Buy | 04/20/10 | J | | |
| 462. Bank of America | | | | | Buy | 04/27/10 | J | | |
| 463. Bank of America | | | | | Buy | 06/16/10 | J | | |
| 464. Bank of America | | | | | Buy | 07/01/10 | J | | |
| 465. Bank of America | | | | | Sold (part) | 08/02/10 | J | | |
| 466. Bank of America | | | | | Sold (part) | 08/27/10 | J | | |
| 467. Bank of America | | | | | Sold (part) | 10/21/10 | J | | |
| 468. Bank of America | | | | | Sold | 11/22/10 | J | | |
| 469. Conoco Phillips | A | Dividend | | | Sold (part) | 03/30/10 | K | | |
| 470. Concoco Phillips | | | | | Sold (part) | 06/23/10 | J | | |
| 471. Conoco Phillips | | | | | Sold (part) | 06/25/10 | J | A | |
| 472. Conoco Phillips | | | | | Sold | 12/23/10 | J | B | |
| 473. National-Oilwell | | None | | | Sold (part) | 05/20/10 | J | | |
| 474. National-Oilwell | | | | | Sold | 06/24/10 | J | A | |
| 475. Cooper Industries | A | Dividend | K | T | Buy | 05/12/10 | J | | |
| 476. Transocean Ltd. | | None | | | Buy | 03/02/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Transocean Ltd. | | | | | Buy | 04/21/10 | J | | |
| 478. Transocean Ltd. | | | | | Buy | 04/30/10 | J | | |
| 479. Transocean Ltd. | | | | | Sold | 06/14/10 | J | | |
| 480. Credit Suisse | A | Dividend | J | T | Sold (part) | 04/21/10 | J | | |
| 481. Exxon Mobil | | None | | | Buy | 05/14/10 | J | | |
| 482. Exxon Mobil | | | | | Buy | 05/21/10 | J | | |
| 483. Exxon Mobil | | | | | Sold (part) | 06/23/10 | J | | |
| 484. Exxon Mobil | | | | | Sold | 07/13/10 | J | | |
| 485. Bernstein Emerging Markets Portfolio | B | Dividend | M | U | buy | 12/07/10 | J | | |
| 486. Hartford Financial Services | | | | | Sold | 02/04/09 | J | | See Part VIII |
| 487. Ameriprise Financial | A | Dividend | | | Sold (part) | 06/30/10 | J | A | |
| 488. Amerprise Financial | | | | | Sold | 07/01/10 | J | A | |
| 489. Apple Computer | | None | L | T | Sold (part) | 03/12/10 | J | B | |
| 490. Apple Computer | | | | | Sold (part) | 04/20/10 | J | B | |
| 491. Apple Computer | | | | | Sold (part) | 09/30/10 | J | C | |
| 492. Apple Computer | | | | | Sold (part) | 10/19/10 | J | C | |
| 493. Apple Computer | | | | | Sold (part) | 11/29/10 | J | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Danaher Corp. | A | Dividend | K | T | Buy | 02/23/10 | J | | |
| 495. Danaher Corp. | | | | | Buy | 05/13/10 | J | | |
| 496. Danaher Corp. | | | | | Sold (part) | 08/20/10 | J | | |
| 497. Danaher Corp. | | | | | Buy | 11/04/10 | J | | |
| 498. Danaher Corp. | | | | | Sold (part) | 12/02/10 | J | | |
| 499. EMC Corp. | | None | K | T | Buy | 04/22/10 | J | | |
| 500. EMC Corp. | | | | | Buy | 05/03/10 | J | | |
| 501. EMC Corp. | | | | | Sold (part) | 10/07/10 | J | A | |
| 502. FEDEX Corp. | A | Dividend | | | Sold (part) | 09/23/10 | J | A | |
| 503. FEDEX Corp. | | | | | Sold | 10/25/10 | J | A | |
| 504. Franklin Resources | A | Dividend | | | Sold (part) | 02/03/10 | J | | |
| 505. Franklin Resources | | | | | Sold (part) | 06/22/10 | J | | |
| 506. Franklin Resources | | | | | Sold (part) | 09/03/10 | J | A | |
| 507. Franklin Resources | | | | | Sold | 10/01/10 | J | A | |
| 508. Gilead Sciences | | None | K | T | Buy | 02/16/10 | J | | |
| 509. Gilead Sciences | | | | | Buy | 04/13/10 | J | | |
| 510. Gilead Sciences | | | | | Buy | 04/23/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Gilead Sciences | | | | | Sold (part) | 08/24/10 | J | | |
| 512. Gilead Sciences | | | | | Sold (part) | 09/22/10 | J | | |
| 513. Gilead Sciences | | | | | Buy | 11/09/10 | J | | |
| 514. Limited Brands | A | Dividend | J | T | Sold (part) | 05/20/10 | J | C | |
| 515. Limited Brands | | | | | Sold (part) | 06/10/10 | J | B | |
| 516. Limited Brands | | | | | Buy | 11/04/10 | J | | |
| 517. Limited Brands | | | | | Buy | 11/12/10 | J | | |
| 518. Viacom | A | Dividend | J | T | Sold (part) | 02/19/10 | J | B | |
| 519. Viacom | | | | | Sold (part) | 04/12/10 | J | B | |
| 520. Viacom | | | | | Buy | 12/07/10 | J | | |
| 521. Viacom | | | | | Buy | 12/17/10 | J | | |
| 522. Schlumberger | A | Dividend | K | T | Buy | 03/01/10 | J | | |
| 523. Schlumberger | | | | | Buy | 03/02/10 | J | | |
| 524. Schlumberger | | | | | Buy | 04/12/10 | J | | |
| 525. Schlumberger | | | | | Buy | 04/21/10 | J | | |
| 526. Schlumberger | | | | | Sold (part) | 07/15/10 | J | | |
| 527. Schlumberger | | | | | Buy | 10/05/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Time Warner | A | Dividend | J | T | Sold (part) | 01/28/10 | J | | |
| 529. Time Warner | | | | | Sold (part) | 02/11/10 | J | A | |
| 530. Time Warner | | | | | Buy | 07/29/10 | J | | |
| 531. Time Warner | | | | | Sold (part) | 10/05/10 | J | B | |
| 532. Time Warner Cable | A | Dividend | K | T | Sold (part) | 11/08/10 | J | C | |
| 533. Cisco Systems | | None | K | T | Buy | 05/03/10 | J | | |
| 534. Cisco Systems | | | | | Buy | 09/07/10 | J | | |
| 535. Cisco Systems | | | | | Buy | 10/01/10 | J | | |
| 536. General Electric | A | Dividend | J | T | Sold (part) | 06/11/10 | J | | |
| 537. General Electric | | | | | Sold (part) | 06/17/10 | J | | |
| 538. The Travelers Cos. | A | Dividend | J | T | Sold (part) | 04/04/10 | J | A | |
| 539. The Travelers Cos. | | | | | Sold (part) | 04/13/10 | J | A | |
| 540. The Travelers Cos. | | | | | Buy | 07/12/10 | J | | |
| 541. The Travelers Cos. | | | | | Buy | 07/15/10 | J | | |
| 542. AT&T | A | Dividend | J | T | Sold (part) | 02/24/10 | J | | |
| 543. AT&T | | | | | Sold (part) | 03/01/10 | J | | |
| 544. AT&T | | | | | Sold (part) | 05/17/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. AT&T | | | | | Buy | 07/15/10 | J | | |
| 546. AT&T | | | | | Sold (part) | 12/09/10 | J | A | |
| 547. AT&T | | | | | Sold (part) | 12/22/10 | J | A | |
| 548. BB&T Corp. | A | Dividend | J | T | | | | | |
| 549. Cimarex Energy | A | Dividend | | | Sold (part) | 07/10/10 | J | B | |
| 550. Cimarex Energy | | | | | Sold | 08/05/10 | J | C | |
| 551. Constellation Brands | | None | J | T | | | | | |
| 552. Constellation Energy Group | A | Dividend | J | T | Buy | 05/04/10 | J | | |
| 553. Black & Decker | | | | | | | J | | See Part VIII |
| 554. CBS | A | Dividend | | | Sold (part) | 04/01/10 | J | | |
| 555. CBS | | | | | Sold | 11/05/10 | J | D | |
| 556. Dean Foods | | None | | | Sold | 04/15/10 | J | | |
| 557. Arcelormittal | A | Dividend | | | Sold (part) | 05/12/10 | J | | |
| 558. Arcelormittal | | | | | Sold (part) | 06/17/10 | J | | |
| 559. Arcelormittal | | | | | Sold | 08/12/10 | J | | |
| 560. Amazon.com | | None | J | T | | | | | |
| 561. Bank of New York Mellon | | None | | | Sold | 02/05/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Nokia | A | Dividend | | | Sold (part) | 01/12/10 | J | | |
| 563. Nokia | | | | | Buy | 03/31/10 | J | | |
| 564. Nokia | | | | | Sold (part) | 05/20/10 | J | | |
| 565. Nokia | | | | | Sold | 07/08/10 | J | | |
| 566. Northrop Grumman | A | Dividend | K | T | Sold | 05/04/10 | J | B | |
| 567. Northrop Grumman | | | | | Buy | 10/05/10 | J | | |
| 568. Northrop Grumman | | | | | Buy | 12/14/10 | J | | |
| 569. Pfizer | B | Dividend | K | T | Sold (part) | 06/30/09 | J | | |
| 570. Pfizer | | | | | Buy | 09/21/10 | J | | |
| 571. Pfizer | | | | | Buy | 11/09/10 | J | | |
| 572. Kohls | | None | K | T | Buy | 05/05/10 | J | | |
| 573. Kohls | | | | | Buy | 07/12/10 | J | | |
| 574. Kohls | | | | | Buy | 09/21/10 | J | | |
| 575. Kohls | | | | | Buy | 10/04/10 | J | | |
| 576. Kohls | | | | | Sold (part) | 11/17/10 | J | | |
| 577. Monsanto | A | Dividend | J | T | Buy | 08/06/10 | J | | |
| 578. Monsanto | | | | | Buy | 08/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Nvidia | A | Dividend | J | T | Buy | 03/31/10 | J | | |
| 580. Nvidia | | | | | Buy | 10/21/10 | J | | |
| 581. Garmin Ltd. | A | Dividend | J | T | Sold (part) | 11/14/10 | J | A | |
| 582. Huntsman Corp. | A | Dividend | | | Sold | 05/13/10 | J | | |
| 583. Valero Energy Corp. | A | Dividend | | | Sold (part) | 01/06/10 | J | | |
| 584. Valero Energy Corp. | | | | | Sold (part) | 05/10/10 | J | A | |
| 585. Valero Energy Corp. | | | | | Sold | 07/20/10 | J | | |
| 586. Caterpillar Inc. | | | | | Sold | 01/19/10 | J | B | |
| 587. Covidien Ltd. | A | Dividend | | | Buy | 01/13/10 | J | | |
| 588. Covidien Ltd. | | | | | Buy | 01/21/10 | J | | |
| 589. Covidien Ltd. | | | | | Sold (part) | 11/02/10 | J | | |
| 590. Covidien Ltd. | | | | | Sold (part) | 12/14/10 | J | | |
| 591. Covidien Ltd. | | | | | Sold | 12/22/10 | J | | |
| 592. Deutsche Bank | | None | | | Sold (part) | 04/16/10 | J | | |
| 593. Deutsche Bank | | | | | Sold (part) | 05/13/10 | J | B | |
| 594. Deutsche Bank | | | | | Sold | 05/17/10 | J | A | |
| 595. Ingersoll-Rand | A | Dividend | K | T | Sold (part) | 01/29/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Ingersoll-Rand | | | | | Sold (part) | 03/04/10 | J | | |
| 597. Ingersoll Rand | | | | | Buy | 04/20/10 | J | | |
| 598. Ingersoll-Rand | | | | | Sold (part) | 07/07/10 | J | | |
| 599. Nexen Inc. | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 600. Nexen Inc. | | | | | Buy | 02/01/10 | J | | |
| 601. Nexten Inc. | | | | | Sold (part) | 04/12/10 | J | | |
| 602. Nexten Inc. | | | | | Buy | 07/06/10 | J | | |
| 603. Macy's Inc. | A | Dividend | | | Sold (part) | 05/18/10 | J | | |
| 604. Macy's Inc. | | | | | Sold | 06/25/10 | J | B | |
| 605. Masco Corp. | A | Dividend | | | Sold | 06/04/10 | J | A | |
| 606. NVR Inc. | | None | J | T | | | | | |
| 607. Office Depot | | None | J | T | | | | | |
| 608. Pepco Inc. | A | Dividend | | | Sold | 12/17/10 | J | A | |
| 609. Pulte Homes | | None | | | Sold | 12/03/10 | J | | |
| 610. Morgan Stanley | A | Dividend | J | T | Sold (part) | 03/11/10 | J | | |
| 611. Morgan Stanley | | | | | Sold (part) | 03/12/10 | J | | |
| 612. Morgan Stanley | | | | | Buy | 10/22/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. RRI Energy | | None | | | Sold | 03/25/10 | J | | |
| 614. Smithfield Foods | | None | J | T | Buy | 05/06/10 | J | | |
| 615. CVS/Caremark | A | Dividend | | | Buy | 03/29/10 | J | | |
| 616. CVS/Caremark | | | | | Sold | 08/06/10 | J | | |
| 617. SPX Corp. | A | Dividend | | | Sold (part) | 08/18/10 | J | A | |
| 618. SPX Corp. | | | | | Sold | 09/29/10 | J | B | |
| 619. Hyatt Hotels | | None | | | Buy | 06/02/10 | J | | |
| 620. Hyatt Hotels | | | | | Sold | 10/04/10 | J | | |
| 621. Polo Ralph Lauren | A | Dividend | | | Buy | 06/23/10 | J | | |
| 622. Polo Ralph Lauren | | | | | Sold | 11/10/10 | J | B | |
| 623. Steel Dynamics | A | Dividend | | | Sold | 06/10/10 | J | | |
| 624. Ross Stores | A | Dividend | | | Sold (part) | 03/02/10 | J | | |
| 625. Ross Stores | | | | | Buy | 03/12/10 | J | | |
| 626. Ross Stores | | | | | Buy | 04/20/10 | J | | |
| 627. Ross Stores | | | | | Sold | 10/01/10 | J | A | |
| 628. Reliance Steel & Aluminum | B | Dividend | | | Buy | 04/22/10 | J | | |
| 629. Reliance Steel & Aluminum | | | | | Sold | 06/22/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Symantec | | None | J | | Sold (part) | 02/24/09 | J | | |
| 631. Symantec | | | | | Sold (part) | 02/25/10 | J | | |
| 632. Symantec | | | | | Sold (part) | 03/18/10 | J | | |
| 633. Symantec | | | | | Sold | 03/22/10 | J | A | |
| 634. Dover Corp. | A | Dividend | | | Buy | 01/15/10 | J | | |
| 635. Dover Corp. | | | | | Buy | 02/12/10 | J | | |
| 636. Dover Corp. | | | | | Buy | 02/22/10 | J | | |
| 637. Dover Corp. | | | | | Buy | 05/06/10 | J | | |
| 638. Dover Corp. | | | | | Sold (part) | 06/18/10 | J | | |
| 639. Dover Corp. | | | | | Sold (part) | 10/11/10 | J | A | |
| 640. Dover Corp. | | | | | Sold (part) | 10/14/10 | J | A | |
| 641. Dover Corp. | | | | | Sold (part) | 10/18/10 | J | A | |
| 642. Dover Corp. | | | | | Sold (part) | 10/19/10 | J | A | |
| 643. Dover Corp. | | | | | Sold | 11/10/10 | J | A | |
| 644. Unum Group | A | Dividend | | | Sold | 05/20/10 | J | A | |
| 645. Oracle | A | Dividend | K | T | Buy | 09/21/10 | J | | |
| 646. Oracle | | | | | Buy | 09/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. Oracle | | | | | Buy | 10/05/10 | J | | |
| 648. Oracle | | | | | Buy | 10/25/10 | J | | |
| 649. Oracle | | | | | Buy | 10/29/10 | J | | |
| 650. Oracle | | | | | Buy | 12/03/10 | J | | |
| 651. Research in Motion | | None | | | Buy | 03/16/10 | J | | |
| 652. Research in Motion | | | | | Buy | 03/30/10 | J | | |
| 653. Research in Motion | | | | | Sold | 05/26/10 | J | | |
| 654. Tyco Electronics | A | Dividend | J | T | Sold (part) | 02/09/10 | J | A | |
| 655. Tyco Electronics | | | | | Sold (part) | 08/30/10 | J | B | |
| 656. Tyco Electronics | | | | | Sold (part) | 10/22/10 | J | A | |
| 657. Vodafone | A | Dividend | J | T | Buy | 06/25/10 | J | | |
| 658. Vodafone | | | | | Buy | 10/07/10 | J | | |
| 659. Air Products & Chemicals | A | Dividend | | | Sold (part) | 02/11/10 | J | | |
| 660. Air Products & Chemicals | | | | | Sold (part) | 02/18/10 | J | | |
| 661. Air Products & Chemicals | | | | | Sold (part) | 02/26/10 | J | | |
| 662. Air Products & Chemicals | | | | | Sold | 04/08/10 | J | | |
| 663. Cameron International | | None | J | T | Sold (part) | 08/03/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Celgene | | None | J | T | Sold (part) | 01/11/10 | J | | |
| 665. Celgene | | | | | Sold (part) | 01/13/10 | J | | |
| 666. Celgene | | | | | Sold (part) | 01/14/10 | J | | |
| 667. Celgene | | | | | Buy | 08/09/10 | J | | |
| 668. Celgene | | | | | Buy | 09/15/10 | J | | |
| 669. Celgene | | | | | Sold (part) | 12/07/10 | | | |
| 670. Deere | A | Dividend | J | T | Buy | 09/17/10 | J | | |
| 671. Deere | | | | | Buy | 09/29/10 | J | | |
| 672. Deere | | | | | Buy | 10/01/10 | J | | |
| 673. Deere | | | | | Buy | 10/22/10 | J | | |
| 674. EOG Res. | A | Dividend | J | T | Buy | 05/04/10 | J | | |
| 675. EOG Res. | | | | | Buy | 08/25/10 | J | | |
| 676. EOG Res. | | | | | Buy | 09/24/10 | J | | |
| 677. EOG Res. | | | | | Buy | 10/05/10 | J | | |
| 678. US Bancorp | A | Dividend | | | Sold (part) | 05/26/10 | J | A | |
| 679. US Bancorp | | | | | Sold | 06/14/10 | J | B | |
| 680. Wells Fargo | A | Dividend | K | T | Buy | 01/20/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int. | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Wells Fargo | | | | | Buy | 01/21/10 | J | | |
| 682. Wells Fargo | | | | | Buy | 04/16/10 | J | | |
| 683. Wells Fargo | | | | | Buy | 04/19/10 | J | | |
| 684. Wells Fargo | | | | | Buy | 05/04/10 | J | | |
| 685. Wells Fargo | | | | | Sold (part) | 09/14/10 | J | | |
| 686. Wells Fargo | | | | | Sold (part) | 09/14/10 | J | | |
| 687. Honeywell International | A | Dividend | J | T | Buy | 06/25/10 | J | | |
| 688. Honeywell International | | | | | Buy | 08/11/10 | J | | |
| 689. Honeywell International | | | | | Buy | 12/10/10 | J | | |
| 690. Western Digital | | None | | | Sold | 02/24/10 | J | A | |
| 691. Baxter International | A | Dividend | | | Buy | 01/27/10 | J | | |
| 692. Baxter International | | | | | Sold (part) | 04/30/10 | J | | |
| 693. Baxter International | | | | | Sold | 05/07/10 | J | | |
| 694. Textron | A | Dividend | | | Sold | 08/16/10 | J | B | |
| 695. Motorola | | None | | | Buy | 01/06/10 | J | | |
| 696. Motorola | | | | | Buy | 01/07/10 | J | | |
| 697. Motorola | | | | | Buy | 01/11/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Motorola | | | | | Buy | 02/04/10 | J | | |
| 699. Motorola | | | | | Buy | 02/08/10 | J | | |
| 700. Motorola | | | | | Sold (part) | 05/13/10 | J | | |
| 701. Motorola | | | | | Sold (part) | 07/26/10 | J | A | |
| 702. Motorola | | | | | Sold (part) | 10/22/10 | J | A | |
| 703. Motorola | | | | | Sold | 12/01/10 | J | A | |
| 704. Devon Energy | A | Dividend | K | T | Sold (part) | 03/08/10 | J | | |
| 705. Devon Energy | | | | | Sold (part) | 03/09/10 | J | A | |
| 706. Devon Energy | | | | | Sold (part) | 03/13/09 | J | | |
| 707. Devon Energy | | | | | Buy | 08/30/10 | J | | |
| 708. Devon Energy | | | | | Buy | 09/01/10 | J | | |
| 709. Devon Energy | | | | | Buy | 12/30/10 | J | | |
| 710. Freeport McMoran Copper | A | Dividend | J | T | Buy | 02/23/10 | J | | |
| 711. Freeport McMoran Copper | | | | | Buy | 02/25/10 | J | | |
| 712. Freeport McMoran Copper | | | | | Sold (part) | 05/04/10 | J | A | |
| 713. Freeport McMoran Copper | | | | | Sold (part) | 05/12/10 | J | | |
| 714. Freeport McMoran Copper | | | | | Buy | 07/06/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. Freeport McMoran Copper | | | | | Sold (part) | 10/05/10 | J | B | |
| 716. Freeport McMoran Copper | | | | | Sold (part) | 10/14/10 | J | C | |
| 717. Freeport McMoran Copper | | | | | Sold (part) | 10/19/10 | J | C | |
| 718. Freeport McMoran Copper | | | | | Sold (part) | 11/02/10 | J | B | |
| 719. General Mills | A | Dividend | J | T | | | | | |
| 720. Walt Disney | A | Dividend | J | T | Sold (part) | 01/21/09 | J | A | |
| 721. Walt Disney | | | | | Buy | 05/27/10 | J | | |
| 722. Walt Disney | | | | | Buy | 10/05/10 | J | | |
| 723. Walt Disney | | | | | Buy | 10/06/10 | J | | |
| 724. News Corp. | A | Dividend | K | T | Sold (part) | 01/11/10 | J | A | |
| 725. News Corp. | | | | | Sold (part) | 02/05/10 | J | B | |
| 726. News Corp. | | | | | Sold (part) | 04/28/10 | J | B | |
| 727. News Corp. | | | | | Buy | 06/23/10 | J | | |
| 728. News Corp. | | | | | Buy | 10/11/10 | J | | |
| 729. News Corp. | | | | | Sold (part) | 12/20/10 | J | A | |
| 730. Anheuser Busch | | None | | | Sold | 04/09/10 | J | | |
| 731. CME Group | A | Dividend | J | T | Sold (part) | 01/25/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. CME Group | | | | | Buy | 09/01/10 | J | | |
| 733. CME Group | | | | | Buy | 11/01/10 | J | | |
| 734. D R Horton Inc. | A | Dividend | | | Sold | 11/30/10 | J | A | |
| 735. Fifth Third Bancorp | A | Dividend | J | T | Buy | 06/14/10 | J | | |
| 736. Fifth Third Bancorp | | | | | Buy | 07/02/10 | J | | |
| 737. Johnson & Johnson | A | Dividend | K | T | Buy | 06/22/10 | J | | |
| 738. Johnson & Johnson | | | | | Buy | 06/24/10 | J | | |
| 739. Johnson & Johnson | | | | | Buy | 06/30/10 | J | | |
| 740. Johnson & Johnson | | | | | Buy | 07/27/10 | J | | |
| 741. Johnson & Johnson | | | | | Buy | 09/21/10 | J | | |
| 742. Johnson & Johnson | | | | | Buy | 10/04/10 | J | | |
| 743. Johnson & Johnson | | | | | Buy | 12/14/10 | J | | |
| 744. JC Penny | A | Dividend | | | Sold (part) | 03/01/10 | J | | |
| 745. JC Penny | | | | | Sold | 04/16/10 | J | B | |
| 746. Wal-Mart Stores | A | Dividend | | | Sold (part) | 01/12/10 | J | | |
| 747. Wal-Mart Stores | | | | | Sold (part) | 01/28/10 | J | | |
| 748. Wal-Mart Stores | | | | | Sold | 04/30/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. Alliance Bernstein Global Diversified Strategies LP | | None | N | U | | | | | |
| 750. Bernstein Global Opportunities Hedge Fund | | None | M | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 8. Inadvertently omitted from previous report.

Part VII, line 47. Formerly Cohen & Steers Select Utility Fund.

Part VII, line 57. Reported last year as Dominican Resources due to a typographical error.

Part VII, line 66. See explanation for Part VII, line 47.

Part VII, llines 74, 75, and 76. The assests listed on lines 75 and 76 were not correctly listted due to inadvertence. Instead, their value was mistakenly included within the value of the asset listed on line 74. The asset on line 75 was acquired on March 7, 2007, value code M. The asset on line 76 was acquired on July 7, 2006, value code M.

Part VII, line 253. This transaction was mistakenly listed on last year's report as a partial sell. In fact the entire position was sold.

Part VII, line 349. This assest was mistakenly on last year's report as being partially sold on 1-2-09. In fact the entire position was sold on that date.

Part VII, line 420. Formerly reported as XL Capital.

Part VII, line 486. On last year's report, this asset was mistakenly reported as being partly sold on February 4, 2009. In fact the entire position was sold on that date.

Part VII, line 553. Erroneously reported last year as a part sale, in fact was a full sale.

Part VII. line 328. Erroneously reported last year as sold. In fact was part sold.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ ALLYNE R. ROSS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544